# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 09-0823

**CENTRAL LOUISIANA AMBULATORY
SURGICAL CENTER (CHERYL HARR)**

**VERSUS**

**MCDONALD'S OF PINEVILLE AND
LOUISIANA RESTAURANT ASSOCIATION
SELF-INSURERS FUND**

### CONSOLIDATED WITH

### 09-0840

**CENTRAL LOUISIANA AMBULATORY
SURGICAL CENTER (PAUL TROQUILLE)**

**VERSUS**

**MCDONALD'S OF PINEVILLE AND
LOUISIANA RESTAURANT ASSOCIATION
SELF-INSURERS FUND**

************

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION, DISTRICT 02
PARISH OF RAPIDES, NO. 80-04029 AND 08-04030
HONORABLE JAMES BRADDOCK
WORKERS' COMPENSATION JUDGE

************

**JIMMIE C. PETERS
JUDGE**

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and David E. Chatelain,[*]
Judges.

---

*Honorable David E. Chatelain participated in this decision by appointment of the
Louisiana Supreme Court as Judge Pro Tempore.

**JUDGMENT RENDERED.**

R. Bray Williams
Joe Payne Williams
Williams Family Law Firm, LLC
162 Jefferson Street
P. O. Box 15
Natchitoches, LA 71458
(318) 352-6695
COUNSEL FOR PLAINTIFF/APPELLEE:
 Central Louisiana Ambulatory Surgical Center

Stephen W. Glusman
Glusman, Broyles & Glusman, LLC
701 North Street
P. O. Box 2711
Baton Rouge, LA 70821-2711
(225) 387-5551
COUNSEL FOR DEFENDANTS/APPELLANTS:
 McDonald's of Pineville and Louisiana
 Restaurant Association Self-Insurance Fund

PETERS, J.

The defendants in these consolidated workers' compensation cases, McDonald's of Pineville and Louisiana Restaurant Association Self-Insurers Fund, appealed the judgment of the workers' compensation judge rendered in favor of the Central Louisiana Ambulatory Surgical Center (CLASC). CLASC answered the appeal, seeking additional attorney fees for work performed on appeal. After both sides complied with this court's briefing schedule, but prior to oral argument, the defendants filed a motion to dismiss their appeals. This court granted their motion to dismiss, but reserved unto CLASC its claim for attorney fees. The attorney fee issue is the only issue before us on appeal.

A plaintiff who successfully defends a judgment on appeal is entitled to additional attorney fees upon request. *Matt v. Agro Distribution, LLC*, 05-291 (La.App. 1 Cir. 6/1/05), 904 So.2d 928. CLASC was successful in that regard despite the fact that this court was precluded from ruling on the merits of the underlying dispute because of the defendants' dismissal of their appeal. Accordingly, we award CLASC $5,000.00 in attorney fees for work performed on appeal.

## CONCLUSION

For the foregoing reasons, we render judgment in favor of Central Louisiana Ambulatory Surgical Center and against McDonald's of Pineville and Louisiana Restaurant Association Self-Insurers Fund in the amount of $5,000.00, said award representing attorney fees for work performed on appeal by its counsel. We assess all costs of this appeal to McDonald's of Pineville and Louisiana Restaurant Association Self-Insurers Fund.

**JUDGMENT RENDERED.**